UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RENORIAL RANDY IVY                                                                           PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 1:15CV301-RHW

LATONYA THOMPSON et al                                                                    DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court granting Defendants' motion for summary judgment, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's 42 U.S.C. § 1983 complaint is DISMISSED without prejudice for failure to exhaust administrative remedies.

SO ORDERED, this the 18th day of July, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE